IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HARVARD PLACE APTS
C/O VENTRON MANAGEMENT,

  Plaintiff,

    v.

TARIA CALDWELL
AND ALL OTHER OCCUPANTS,

  Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-2808-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 23 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Harvard Place Apts\r&r.wpd